R ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. and GREAT WESTERN BUSINESS SERVICES, LLC. ) ) ) ) | |
| v. ) ) | NO.   #3-05CV0.800-R |
| PBS GLOBAL, INC. f/k/a PRUDENTIAL BUSINESS SERVICES, INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY, DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS and FRED RODDA ) ) ) ) ) ) ) ) | |

**MOTION TO DISMISS PLAINTIFFS' VERIFIED COMPLAINT AND FIRST AMENDED COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF**

Come Defendants PBS Global, Inc., f/k/a Prudential Business Services, Inc., Fred Roddda, Bill Jacobs, and Dale Granger, by counsel pursuant to Fed. Rule of Civil Procedure 12(b)(1), and move this Court to dismiss the above action.

As grounds therefore, counsel submits the attached memorandum of law in support of this motion to dismiss.

MOTION TO DISMISS PLAINTIFFS' VERIFIED
COMPLAINT AND FIRST AMENDED COMPLAINT AND
APPLICATION FOR INJUNCTIVE RELIEF –Page 1
999999 999998 DALLAS 1887706.1

Dockets.Justia.com

Respectfully submitted,

TILFORD DOBBINS ALEXANDER
BUCKWAY & BLACK, LLP

By: _____
Stuart E. Alexander III
Kathleen M.W. Schoen

401 West Main Street, Ste. 1400
Louisville, Kentucky 40202
Tele: (502) 584-1000
Fax: (502) 584-2318

THOMPSON & KNIGHT LLP

By: _____
Molly Steele
State Bar No. 19102500
Amber B. Shockey
State Bar No. 24033065

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Tele: (214) 969-1700
Fax: (214) 969-1751

ATTORNEYS FOR DEFENDANTS
PBS GLOBAL, INC. F/K/A PRUDENTIAL
BUSINESS SERVICES, INC., BILL JACOBS,
DALE GRANGER AND FRED RODDA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand delivered this 19th day of May, 2005, to:

**MCCREARY & STOCKFORD, LP**
David s. McCreary
Cory S. Hartsfield
18383 Preston Road, Ste. 150
Dallas, Texas 75252-5476

_____
Stuart E. Alexander III

MOTION TO DISMISS PLAINTIFFS' VERIFIED
COMPLAINT AND FIRST AMENDED COMPLAINT AND
APPLICATION FOR INJUNCTIVE RELIEF –Page 2
999999 999998 DALLAS 1887706.1