IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY LLC, GWBS, INC. AND GREAT WESTERN BUSINESS SERVICES, LLC, | § § § § | |
| PLAINTIFFS, | § § | |
| v.  ORIGINAL | § § § § | CAUSE NO. 3:05CV800R |
| PBS GLOBAL, INC. F/K/A PRUDENTIAL BUSINESS SERVICES INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS, AND FRED RODDA, | § § § § § § § § § | |
| DEFENDANTS. | § § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### RETURN OF SERVICE

Service of the Temporary Restraining Order, Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and a courtesy copy of Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order was made by me, Jeff Shaw - Special Process Sr (Name and Title), on the 16 day of May, 2005.  Investigator

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Temporary Restraining Order and Order Depositing Bond for Temporary Retraining Order into the Registry of the Court were left:

_____
_____.

☐  Returned unexecuted:

_____
_____.

☒  Other (specify): Posted + Naioi Daughter Whom Lives on Same Property in a Trailer Verified Dads Does Live here. She is 5-6 145 Blonde White Female

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on ____16____ day of __MAY__, 2005

_____
Signature of Server

VIRGINIA COURT SERVICES
P.O. BOX 1
ROANOKE, VA 24002-0001

_____
Address of Server

1) Subject had 3 autos in Driveway.
2) Paper was also Posted 5/14/05 11:00 AM

# AFFIDAVIT OF SERVICE

State of Texas  County of Dallas  Court

Case Number: 3:05CV0800 R

Plaintiff:
GW Equity LLC, GWBS Inc & great Western Business Services LLC
vs.
Defendant:
PBS Global Inc fka Prudential Business Services Inc, John Persaud, Richard Meier, LAhny McCray Dale Granger, Joseph C Kiser, Wayne Lee William Jacobs & Fred Rodda

For:
McCreary & Stockford
18333 Preston Road
Suite150
Dallas,, TX  75252

Received by Virginia Court Services on the 4th day of May, 2005 at 11:20 pm to be served on **JOSEPH C KISER 3798 LAurel Branch Rd NW Floyd VA**.

I, Jeff Spar, being duly sworn, depose and say that on the **16th day of May, 2005** at **8:34 am, I:**

Posted on Front door or such other door as appears to be the main enterance of ususal place of abode. (other authorized recipient not found) **Temporary Restraining Order, order Accepting Tempoarary Restraining ORder Bond Money into the Registry of the Court, Certificate of Service**

**Additional Information pertaining to this Service:**
5/16/2005  11:33 am    3095 Webbs Mill Road N Floyd VA is not a home address. Subject may OWN property but has a FOR rent sign out front.
5/16/2005  11:34 am   New location had 3 autos VA TAG jmw-7558 Red Hyundai JJV 1531 White Pick up Truck, ZVX-4999 Black Suzuki
5/16/2005  11:35 am   Daughter NAOMI white female 5-6 140 28ish verified that DAD lived in home on same property but would not give out info on his where abouts.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, I am not a party to, or otherwise interested in, the subject matter in controversy in this case. I served, as shown above, the above named person upon whom service of process was to be made with   copies described above.

Subscribed and Sworn to before me on the 16th day of May, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC
Donald Suttles/ Comm Expires 08-31-07

DONALD SUTTLES
Notary Public
Commonwealth of Virginia
My Commission Expires Aug. 31, 20 07

Jeff Spar
Process Server

Virginia Court Services
P.O. Box 1
Roanoke, VA  24002-0001
(540) 772-4559

Our Job Serial Number: 2005000717

Copyright © 1992-2005 Database Services, Inc - Process Server's Toolbox V5 5i