R<sub>...</sub>
NOD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
    FILED
   MAY 19 2005
CLERK, U.S. DISTRICT COURT
  By _____
           Deputy
```

GW EQUITY LLC, GWBS, INC. AND §
GREAT WESTERN BUSINESS §
SERVICES, LLC, §
§
    PLAINTIFFS, §
§
V. §   CAUSE NO. 3:05CV0800R
§
§
PBS GLOBAL, INC. F/K/A §
PRUDENTIAL BUSINESS SERVICES §
INC., JOHN PERSAUD, §
RICHARD MEIER, LAHNY McCRAY §
DALE GRANGER, JOSEPH C. KISER, §
WAYNE LEE, WILLIAM JACOBS, AND §
FRED RODDA, §
§
    DEFENDANTS. §

## RETURN OF SERVICE

Service of the Temporary Restraining Order, Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and a courtesy copy of Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order was made by me, Kim Church Private Process Server (Name and Title), on the 16 day of May, 2005. Time 7:40p.m.

Check one box below to indicate appropriate method of service:

■    Served personally upon the defendant. Place where served:
    10501 Old Bridge Ln. Charlotte NC 28269

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Temporary Restraining Order and Order Depositing Bond for Temporary Retraining Order into the Registry of the Court were left:
__Richard Maier__

Returned unexecuted:

☐   Other (specify):

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on ___17___ day of ___May___, 2005

_____
Signature of Server

_Charlotte NC_
Address of Server