**ORIGINAL**

3:05CV0800 R

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE mailed via CRRR 5/10/05 delivered 5/13/05 |
| NAME OF SERVER (PRINT) Traci McGowan | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): mailed to registered agent - Florida & Offshore Business Formation, Inc., via CRRR 5/10/05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $6.26 postage & CRRR fees |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/18/05

Signature of Server: Traci McGowan

18333 Preston Road, Suite 150, Dallas, TX 75252
*Address of Server*

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# McCreary & Stockford

A Limited Partnership

*Attorneys & Counselors at Law*

DAVID McCREARY
Attorney at Law

18333 Preston Road
Suite 150
Dallas, Texas 75252
www.mccrearylaw.com

Phone 214.291.0800
Fax:   214.291.0801
dmccreary@mccrearylaw.com

*FILE COPY*

May 10, 2005

PBS Global, Inc., by and through its registered agent
Florida & Offshore Business Formation, Inc.
20 S. Broad Street
Brooksville, FL 34601

    Via Arrive Certified Mail Return Receipt Requested 7004 2510 0000 2680 4621

    Re:    **GW Equity LLC, et al v. PBS Global, Inc., et al; Cause No. 3-05CV0800-R; United States District Court For The Northern District of Texas, Dallas Division**

Dear Sir/Madam:

Enclosed please find the following documents:

1) Summons;
2) Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order;
3) Plaintiff's Certificate of Interested Persons;
4) Temporary Restraining Order;
5) Proposed Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court; and
6) Civil Cover Sheet.

Please mail back the return showing completion of service via the self-addressed, stamped envelope provided herewith.

Should you have any questions, please contact our office.

Sincerely,

*[signature]*

Traci R. McGowan
Legal Assistant

/trm

Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL₁₈ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 2.21 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.05 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.26 | |

Sent To
Street, Apt No.; or PO Box No
City, State, ZIP+4

7004 2510 0000 2680 4621

PS Form 3800, June 2002     See Reverse for Instructions

---

**U.S. Postal Service**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kim Duval_  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   _Lisa Duval_                     1/3/5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

   PBS Global Jci
   Florida Offshore Business
   Formation, Inc.
   20 S. Broad Street
   Brooksville, FL 34601

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0000 2680 4621

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# MCCREARY & STOCKFORD
A Limited Partnership

*Attorneys & Counselors at Law*

DAVID McCREARY
Attorney at Law

18333 Preston Road
Suite 150
Dallas, Texas 75252
www.mccrearylaw.com

Phone 214.291.0800
Fax:   214.291.0801
dmccreary@mccrearylaw.com

FILE COPY

May 5, 2005

PBS Global, Inc., by and through its registered agent
Florida & Offshore Business Formation, Inc.
20 S. Broad Street
Brooksville, FL 34601

Via Arrive Certified Mail Return Receipt Requested 7004 2510 0000 2680 4485

Re: **GW Equity LLC, et al v. PBS Global, Inc., et al; Cause No. 3-05CV0800-R; United States District Court For The Northern District of Texas, Dallas Division**

Dear Sir/Madam:

Enclosed please find the following documents:

1) Temporary Restraining Order; and
2) Proposed Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court.

Should you have any questions, please contact our office.

Sincerely,

Traci R. McGowan
Legal Assistant

/trm

Enclosures

**CERTIFIED MAIL RECEIPT**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: X Lisa Powell ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Lisa Rowell　C. Date of Delivery: 5/9/05<br>D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 1. Article Addressed to:<br>PBS (Global), INC.<br>Florida & Offshore<br>Business Formation Inc<br>20 S. Brocci Street<br>Bronsville, FL 34601 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☒ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 2680 4485 |

PS Form 3811, February 2004　　Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

7004 2510 0000 2680 4485

| Postage | $ 4.05 | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 60 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.65 | |

Sent To:
Street, Apt. No or PO Box No:
City, State, ZIP+4:

PS Form 3800, June 2002　　See Reverse for Instructions

UNITED STATES POSTAL SERVICE

| First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •

McCreary & Associates, P.L...
18333 Preston Rd., #150
Dallas, Texas  75252



FLORIDA DEPARTMENT OF STATE
Glenda E. Hood
Secretary of State

May 5, 2005

CORY S. HARTSFIELD, ESQ.
18333 PRESTON ROAD
SUITE:150
DALLAS, TX  75252

RE: PBS GLOBAL, INC.,

Service of Process is rejected for the following reason(s):

The filing fee is $8.75 per defendant to be served.

The check was not enclosed with your document.

Substitute Service of Process on the Secretary of State must cite the specific statute chapter and section which designates the Secretary of State as agent for service.

 We do not accept Substitute Service of Process except as indicated in F.S. 48  and F.S. 607.

If you have any questions regarding this Service of Process, please call (850) 245-6953.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 605A00032142

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas |

GW Equity, LLC, GWBS, Inc. and Great Western Business Services, LLC,

v. **ORIGINAL**

PBS Global, Inc. f/k/a Prudential Business Services Inc., John Persaud, Richard Meier, Lahny McCray Dale Granger, Joseph C. Kiser, Wayne Lee. William Jacobs, and Fred Rodda,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**3-05CV0800-R**

TO: (Name and address of Defendant)

Defendant PBS Global, Inc.
Secretary of State
Florida Department of State
R.A. Gray Building
500 S. Bronough, Tallahassee, FL 32399-0250

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cory S. Hartsfield
David S. McCreary
Brad E. Stockford
McCreary & Stockford, L.P.
18333 Preston Road, Suite 150
Dallas, Texas 75252

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                              APR 2 2 2005

CLERK _[signature]_                         DATE

(By) DEPUTY CLERK