# MINUTE ORDER

UNITED STATES DISTRICT COURT     NORTHERN DISTRICT OF TEXAS

PLACE:   DALLAS          JUDGE   JERRY BUCHMEYER           DATE: May 19, 2005

REPORTER:   (Not on the Record)       COURTROOM DEPUTY :         Tannica Stewart

INTERPRETER:              CSO :                COURT TIME:   .5

## CIVIL ACTIONS

### Status Conference (12:00 p.m. - 12:30 p.m.)

**3:05-CV-800-R**
GW Equity LLC, et al v. PBS Global, et al
Order Vacating TRO to be signed.  Plaintiffs to file expedited response to Motion to Dismiss



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 9 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy