IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 3 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. <br> and GREAT WESTERN BUSINESS <br> SERVICES, LLC. <br><br> v. <br><br> PBS GLOBAL, INC. f/k/a PRUDENTIAL <br> BUSINESS SERVICES, INC., JOHN <br> PERSAUD, RICHARD MEIER, LAHNY <br> McCRAY, DALE GRANGER, JOSEPH C. <br> KISER, WAYNE LEE, WILLIAM JACOBS <br> and FRED RODDA | ) <br> ) <br> ) <br> ) CAUSE NO. 3-05CV0800-R <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER VACATING TEMPORARY RESTRAINING ORDER

On this 19th day of May, 2005, came on to be heard Plaintiffs' Motion to Extend TRO and Reset Hearing on Preliminary Injunction and the May 17, 2005 Temporary Restraining Order set to expire on June 1, 2005. The Court having considered the arguments of counsel and the pleadings on file, finds that the Temporary Restraining Order signed by this Court on May 17, 2005 should be vacated.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Temporary Restraining Order signed on May 17, 2005 is hereby vacated.

SIGNED this 23 day of May, 2005.

_____
Jerry Buchmeyer
UNITED STATES DISTRICT JUDGE

ORDER VACATING TEMPORARY RESTRAINING ORDER-Page 1

508650 000002 DALLAS 1888154.1