# AFFIDAVIT OF SERVICE

State of Texas　　　　　　　　　　County of Dallas　　　　　　　　　　District Court

ORIGINAL

Case Number: 04-02585-K

3:05-800(R)

Plaintiff:
**GREAT WESTERN BUSINESS SERVICES, L.L.C.**
vs.
Defendant:
**EVERETT CHEATWOOD, ET AL.**

For: David McCreary
　　McCreary & Stockford, L.P.

Received by Process Service of America, Inc. on the 3rd day of May, 2005 at 9:00 am to be served on **PBS GLOBAL, INC., C/O FLORIDA & OFFSHORE BUSINESS FORMATION, INC., R.A., 20 S. Broad Street, Brooksville, FL 34601**. I, FRANK VULPIS, being duly sworn, depose and say that on the 9TH day of MAY 9, 20__ at 11:35A.m., executed service by delivering a true copy of the **Temporary Restraining Order and Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and Certificate of Service** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving LISA DUVAL RECEPTIONIST as _____.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 23 '05
CLERK, U.S. DISTRICT COURT
By NB

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Pursuant to Florida Statute 92.525 and under penalty of perjury, I declare that the facts set forth are true and correct, executed on 5/9/05.

Subscribed and Sworn to before me on the 11th day of May, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Christina Kane
Commission #DD256494
Expires: Oct 07, 2007
Bonded Thru
Atlantic Bonding Co.

Frank M. Vulpis

PROCESS SERVER # 90-10-9
Appointed in accordance
with State Statutes

**Process Service of America, Inc.**
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: 2005005245

Copyright © 1992-2005 Database Services, Inc - Process Server's Toolbox V5.5j

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY LLC, GWBS, INC. AND GREAT WESTERN BUSINESS SERVICES, LLC, § § § § | | |
| PLAINTIFFS, § | | |
| V. § | CAUSE NO. _____ | |
| § § | 3-05CV0,800-R | |
| PBS GLOBAL, INC. F/K/A PRUDENTIAL BUSINESS SERVICES INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS, AND FRED RODDA, § § § § § § § § § | | |
| DEFENDANTS. § | | |

## RETURN OF SERVICE

Service of the Temporary Restraining Order, Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and a courtesy copy of Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order was made by me, __LISA DuVAL     RECEPTIONIST__ (Name and Title), on the _9th_ day of __MAY__, 2005.

*Check one box below to indicate appropriate method of service:*

☐   Served personally upon the defendant. Place where served:
_____
_____.

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Temporary Restraining Order and Order Depositing Bond for Temporary Retraining Order into the Registry of the Court were left:
___LISA DUVAL___

☐   Returned unexecuted:

☐   Other (specify):

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on __5/9/05__ day of __MAY__, 2005

__Frank M. Vulpis__
Signature of Server

__1426 DELTONA BLVD__
Address of Server
__SPRING HILL, FL 34606__