Receipt No.: 219184
Initials: _____ nle

*ORIGINAL*

*R*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
_____DALLAS_____ **DIVISION**

| | | |
|---|---|---|
| GW EQUITY LLC, GWBS, INC., et al. , | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| PBS GLOBAL, INC. et al. , | § | |
| | § | |
| **Defendant** | | |

3:05cv0800 - R

#3-05CV0.800-R
**Case Number**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 2 4 2005

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now _Stuart E. Alexander III_____, Applicant herein, and respectfully states the following:

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of) _Tilford Dobbins Alexander Buckaway & Black, LLP_ , with offices at _401 West Main Street, Ste. 1400_
                                                 (Street Address)

_Louisville_ , _Kentucky_ , _40202_ , _502-584-1000_ .
(City)              (State)         (Zip Code)     (Telephone No.)

**II.**    Applicant will sign all pleadings with the name _Stuart E. Alexander III_____

**III.**    Applicant has been retained personally or as a member of the above-named firm by

    _See attached list_____ to provide
                 (List All Parties Represented)

legal representation in connection with the above-styled matter now pending before the United States District Court, Northern District of Texas.

**IV.**    Since _January_ , _1980_ , Applicant has been and presently is a member in good standing of the bar of the highest court of the state of _Kentucky_____ where Applicant regularly practices law. Applicant's bar license number is _00690_____ .

**V.**    Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S.D.C., Southern Dist. of IN | 1/15/2004 |
| U.S.D.C., Eastern Dist. of KY | 5/8/1997 |
| U.S.D.C., Western Dist. of KY | 6/24/1981 |

**VI.**    Applicant is presently a member in good standing of the bars of the courts listed in question V, except

as provided below: (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice)

n/a

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

n/a

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court, Northern District of Texas during the past three (3) years in the following matters

Date of Application        Case No. And Style

n/a

(If necessary, attach statement of additional applications.)

**✓ X.**     Local counsel of record associated with Applicant in this matter is Molly Steele & Amber Shockey who has offices at Thompson & Knight, LLP, 1700 Pacific Avenue, Ste. 3300, Dallas, TX 75201 ,

                   (Address)

214-969-1254

(Telephone No.)

**XI.**     Check the appropriate box below.

        For Application in a **Civil Case**

        ☒     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

        For Application in a **Criminal Case**

        ☐     Applicant has read and will comply with the local criminal rules of this court

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 16th day of May , 2005 .

## Stuart E. Alexander III

Printed Name of Applicant

Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25 00 filing fee on this 16th day of May , 2005 .

## Stuart E. Alexander III

Printed Name of Applicant

Signature

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that

☑  the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court

☐  the application be denied. The Clerk of Court shall return the admission fee to the Applicant

24 May 05

DATE

JUDICIAL OFFICER

PBS Global, Inc. f/k/a Prudential Business Services Inc.

John Persaud

Richard Meier

Lahny McCray

Dale Granger

Joseph C. Kiser

Wayne Lee

William Jacobs

Fred Rodda