Receipt No 219183
Initials:

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS _____ DIVISION

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC., et al., | § |
| **Plaintiff** | § |
| | § |
| v. | § |
| | § |
| PBS GLOBAL, INC, et al., | § |
| **Defendant** | § |

3:05cv0800-R

#3-05CV0800-R

Case Number

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 4 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now **Kathleen M.W Schoen**, Applicant herein, and respectfully states the following:

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) **Tilford Dobbins Alexander Buckaway & Black, LLP**, with offices at **401 West Main Street, Ste. 1400**,
(Street Address)

**Louisville**, **Kentucky**, **40202**, **502-584-1000**
(City)         (State)        (Zip Code)    (Telephone No.)

**II.** Applicant will sign all pleadings with the name **Kathleen M.W. Schoen**.

**III.** Applicant has been retained personally or as a member of the above-named firm by

**See attached list** to provide
(List All Parties Represented)

legal representation in connection with the above-styled matter now pending before the United States District Court, Northern District of Texas.

**IV.** Since **October 11**, **2002**, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of **Kentucky** where Applicant regularly practices law. Applicant's bar license number is **89422**.

**V.** Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Kentucky Supreme Court | 10/11/2002 |
| U S D C, Eastern Dist of KY and U S D C, Western Dist of KY | 01/21/2005 and 10/31/2002 |
| 6th Circuit Court of Appeals | May 2005 |

**VI.** Applicant is presently a member in good standing of the bars of the courts listed in question V, except

as provided below. (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice)

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below·

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court, Northern District of Texas during the past three (3) years in the following matters

Date of Application          Case No. And Style
n/a

(If necessary, attach statement of additional applications.)

√**X.** Local counsel of record associated with Applicant in this matter is Molly Steele & Amber Shockey who has offices at Thompson & Knight, LLP, 1700 Pacific Avenue, Ste. 3300, Dallas, TX 75201,
(Address)
214-969-1254
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 16th day of May, 2005.

Kathleen M.W. Schoen
Printed Name of Applicant

*KMWSchoen*
Signature


I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this 16th day of May, 2005.

Kathleen M.W. Schoen
Printed Name of Applicant

*KMW Schoen*
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

24 May 05
DATE

Jerry Buchmeyer
JUDICIAL OFFICER

PBS Global, Inc. f/k/a Prudential Business Services Inc.

John Persaud

Richard Meier

Lahny McCray

Dale Granger

Joseph C. Kiser

Wayne Lee

William Jacobs

Fred Rodda