

# McCREARY & STOCKFORD
A Limited Partnership

*Attorneys & Counselors at Law*

*DAVID McCREARY*
**Attorney at Law**

18333 Preston Road
Suite 150
Dallas, Texas 75252
www.mccrearylaw.com

Phone 214.291.0800
Fax:   214.291.0801
dmccreary@mccrearylaw.com

# ORIGINAL

**May 26, 2005**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 2 6 2005

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

Clerk
United States District Court
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

**Via On Time Couriers**

**Re:   GW Equity LLC, et al v. PBS Global, Inc., et al; United States District
Court For The Northern District of Texas, Dallas Division; Cause No.
3-05CV0800-R**

Dear Clerk:

This letter shall confirm that Plaintiffs are opposed to Defendants "Unopposed Motion to Enlarge Time to Answer or Otherwise Respond to Plaintiffs' Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order and Plaintiffs' First Amended Complaint."

The motion was not received by the undersigned until after it had already been filed.   Upon review of misstatements contained within said motion, Plaintiffs communicated their opposition to this motion both telephonically and in writing via e-mail this day, a copy of which is attached to this letter as Exhibit "1."

This letter is being sent simply to confirm the court is aware of Plaintiffs' opposition.

Thank you for your consideration in this matter.

Dockets.Justia.com

Clerk
May 26, 2005
Page 2

Sincerely,

David S. McCreary

DSM/trm

cc:  Richard Meier (via certified mail return receipt requested - 10501 Old Bridge Lane, Charlotte, NC 28269)

Lahny McCray (via certified mail return receipt requested – 887 Ox Yoke Road, Grants Pass, Oregon 97526-9729)

Joseph Kiser (via certified mail return receipt requested – 3798 Laurel Branch Rd NW, Floyd, VA 24091)

Wayne Lee (via certified mail return receipt requested – 6900 Incas Drive, Little Rock, AR 72116)

John Persaud (via certified mail return receipt requested – 17686 Circle Pond Ct, Boca Raton, FL 33496)

Stephanie Kraft (via certified mail return receipt requested – 5114 36th Ave. Dr. West, Bradenton, FL 34201)

Stewart Alexander (via certified mail return receipt requested – 401 West Main Street, Suite 1400, Louisville, Kentucky 40202)

Molly Steele (via certified mail return receipt requested- 1700 Pacific, Suite 3300, Dallas, Texas 75201)

## David McCreary

**From:**     David McCreary [dmccreary@mccrearylaw.com]
**Sent:**     Thursday, May 26, 2005 1:51 PM
**To:**       Molly Steele (molly.steele@tklaw.com)
**Cc:**       Cory Hartsfield (chartsfield@mccrearylaw.com); Paralegal; Amber Shockey
            (amber.shockey@tklaw.com)
**Subject:**  No 3-05CV0.800-R; GW Equity et. al. v PBS Global, Inc. et. al.


Molly Steele via e-mail molly.steel@tklaw.com
Amber Shockey via e-mail amber.shockey@tklaw.com

Re:  No 3-05CV0.800-R; GW Equity et. al. v PBS Global, Inc. et. al.

Ms. Steele/Ms. Shockey:

Please be advised Plaintiffs are opposed to your clients Motion to Enlarge Time to Answer.  My paralegal Traci requested a fax copy of the Motion.  I have just now received it and have learned of numerous misstatements in your motion.  You and Ms. Shockey spoke to Mr. Hartsfield about the motion at which time he advised you that while he had no personal opposition to the motion, he would have to check with me as the partner on the file.   I have reviewed the motion and consulted with my client and they are and remain, opposed.   Please correct your erroneous filing with the court as you may have inadvertently misrepresented my client's position with regard to the motion.

Please advise if you intend to update the court with an accurate statement as to my client's opposition.  If I do not hear back from you by the close of business today, I will assume that you do not wish to correct this erroneous filing and will update the court accordingly.

Very truly yours,

David S. McCreary
Attorney at Law
McCreary & Stockford, L.P.
18333 Preston Rd., Ste 150
Dallas, TX 75252
214-291-0800
214-291-0801 (fax)



5/26/2005