AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas |
|----------|-------------|-------|

GW Equity, LLC, GWBS, Inc. and Great Western
Business Services, LLC,

**SUMMONS IN A CIVIL CASE**

V.

PBS Global, Inc. f/k/a Prudential Business Services
Inc., John Persaud, Richard Meier, Lahny McCray
Dale Granger, Joseph C. Kiser, Wayne Lee,
William Jacobs, Fred Rodda and Stephanie Kraft

CASE NUMBER: **3-05CV0800-R**

TO: (Name and address of Defendant)

**Defendant Stephanie Kraft**
**5114 36th Avenue Drive West**
**Bradenton, FL 34201**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Cory S. Hartsfield**
**David S. McCreary**
**Brad E. Stockford**
**McCreary & Stockford, L.P.**
**18333 Preston Road, Suite 150**
**Dallas, Texas 75252**

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**                          MAY 1 3 2005

CLERK _Thomas Drew_                          DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | 3:05-CV-0800-R |
|---|---|

| Service of the Summons and complaint was made by me[1] | DATE 5/17/05 @ 6:34pm |
|---|---|

| NAME OF SERVER (PRINT) Leslie Brown | TITLE C.P.S. #0041 12th Cir. of FLA. |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5114 36th Ave. Dr. W.
Bradenton, FL. 34209
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/05
_____        _____
          Date                    Signature of Server

4811 26th Ave. W.
Bradenton, FL. 34209
_____
        Address of Server

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 26 2005

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY LLC, GWBS, INC. AND<br>GREAT WESTERN BUSINESS<br>SERVICES, LLC,<br><br>     PLAINTIFFS,<br><br>V.<br><br><br>PBS GLOBAL, INC. F/K/A<br>PRUDENTIAL BUSINESS SERVICES<br>INC., JOHN PERSAUD,<br>RICHARD MEIER, LAHNY McCRAY<br>DALE GRANGER, JOSEPH C. KISER,<br>WAYNE LEE, WILLIAM JACOBS, AND<br>FRED RODDA,<br><br>     DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 3-05CV0800-R |

## RETURN OF SERVICE

Service of the Temporary Restraining Order, Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and a courtesy copy of Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order was made by me, _Leslie Brown, C.P.S #0041_ (Name and Title), on the 17th day of _May_, 2005. 12th Cir of FLA .

*Check one box below to indicate appropriate method of service:*

X    Served personally upon the defendant. Place where served:
Residence: 5114 36th Ave. Dr. W.
Bradenton, FL. 34209 .

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.