ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 26 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. AND GREAT WESTERN BUSINESS SERVICES, LLC, § § § § <br> PLAINTIFFS, § § <br> V. § § § <br> PBS GLOBAL, INC. F/K/A PRUDENTIAL BUSINESS SERVICES INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS, AND FRED RODDA, § § § § § § § § § § <br> DEFENDANTS. § | CAUSE NO. 3:05-CV-0800-R |

### RETURN OF SERVICE

Service of the Temporary Restraining Order, Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and a courtesy copy of Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order was made by me, __PATRICK LEATHEM__ (Name and Title), on the _12th_ day of __May__, 2005.

*Check one box below to indicate appropriate method of service:*

☒ Served personally upon the defendant. Place where served:
(DALE GRANGER) 43 W. NOTRE DAME STREET
GLENS FALLS, NY 12801.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Temporary Restraining Order and Order Depositing Bond for Temporary Retraining Order into the Registry of the Court were left:

_____
_____

☐ Returned unexecuted:

_____
_____

☐ Other (specify):

_____
_____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on ____13th____ day of ____May____, 2005

_Josh Fee_
Signature of Server

_Po Box 1052, Troy, NY 12181_
Address of Server

Sworn to me this 13th day of May, 2005

_Anne M. Leathem_, Notary Public

ANNE M. LEATHEM
Notary Public, State of New York
No. 01LE5067553
Qualified in Rensselaer County
Commission Expires October 15, 2006