IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY LLC, GWBS, INC., and GREAT WESTERN BUSINESS SERVICES, LLC, | § § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CIVIL ACTION NO. 3:05-CV-0800-R |
| PBS GLOBAL, IND. f/k/a PRUDENTIAL BUSINESS SERVICES INC., et. al., | § § § § | |
| *Defendants.* | § | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

FILED
May 31, 2005

CLERK, U.S. DISTRICT COURT

## ORDER

The Hearing for a Preliminary Injunction in this case set for Wednesday, June 1, 2005, at 10:00 a.m., is cancelled.[1]

It is so ORDERED.

ENTERED: May 31 , 2005

_____
JERRY BUCHMEYER
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

---

[1] In the Emergency Status Conference held on May 19, 2005, this Court announced that the pending Motion to Dismiss would be addressed prior to any hearing for a preliminary injunction. Furthermore, on May 23, 2005, this Court signed an Order vacating the Temporary Restraining Order ("TRO"). Within that now vacated TRO, the Court had set the June 1 hearing date. While the cancellation of the June 1 hearing should be clear by these two events, the Court enters this Order to make sure all parties are on notice of the cancellation.