3:05-CV-0800-R

Name of person with whom the Temporary Restraining Order and Order Depositing Bond for Temporary Retraining Order into the Registry of the Court were left:
_Richard Meier_

Returned unexecuted:
_____

☐ Other (specify):
_____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on ___17___ day of ___May___, 2005

_[signature]_
Signature of Server

_Charlotte NC_
Address of Server

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 26 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY LLC, GWBS, INC. AND GREAT WESTERN BUSINESS SERVICES, LLC,<br><br>PLAINTIFFS,<br><br>V.<br><br>PBS GLOBAL, INC. F/K/A PRUDENTIAL BUSINESS SERVICES INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS, AND FRED RODDA,<br><br>DEFENDANTS. | § § § § § § § § § § § § § § § § § § | CAUSE NO. _____ |

## RETURN OF SERVICE

Service of the Temporary Restraining Order, Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and a courtesy copy of Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order was made by me, Penny Himelein, Process Server (Name and Title), on the ___ day of _____, 2005.

Check one box below to indicate appropriate method of service:

☐   Served personally upon the defendant. Place where served:
_____
_____.

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Temporary Restraining Order and Order Depositing Bond for Temporary Retraining Order into the Registry of the Court were left:

_____
_____

XX      Returned unexecuted:
_Location is vacant._____
_Attempted on May 4, 2005 at 9:05PM_____

☐       Other (specify):
_____
_____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on ___5th___ day of ___May___, 2005

_Penny Rhmulein_____
Signature of Server

_116 Benedum Pl Cary NC 27511_
Address of Server

**ABACUS RESEARCH, INC.**
INSURANCE & CORPORATE INVESTIGATIONS

116 Benedum Pl
Cary, NC 27511
Phone: 800-246-8599    Fax: 866-765-4646
jmckenzie@abacuspi.com
www.abacuspi.com

# INVOICE
## 0505-1411

| TAX ID NUMBER | |
|---|---|
| DATE | 5/3/2005 |
| TERMS | |

| BILL TO: | MCC001 |
|---|---|

McCreary & Stockfork, LP
Attn: Traci McGowan
18333 Preston Road, Suite 150
Dallas, TX  75252

| CASE CONTACT | McGowan, Traci |
|---|---|
| DOCKET NO. | 3-05cv0800-R |
| SUBJECT | Meier, Richard |

PHONE: (214) 291-0800       FAX: (214) 291-0801

| DIVISION | INVESTIGATOR | INVOICED BY | DATE OF SERVICE | | INVESTIGATION NO. | |
|---|---|---|---|---|---|---|
| DEF | Reynolds | kgoodwin | | | 0505-1432 | |
| LINE | INVESTIGATION | BILL TYPE | DESCRIPTION - COMMENT | QTY | RATE | TOTAL |
| 1 | Service of Process | FLAT RATE | Service of Process | 1.00 | 50.00 | 50.00 |
| 2 | Service of Process | FLAT RATE | minor search | 1.00 | 45.00 | 45.00 |
| 3 | Service of Process | FLAT RATE | New service address 10501 Old bridge Lane, Charlotte, NC | 1.00 | 85.00 | 85.00 |

*PAID*

Thank you for your business.

| SUB TOTAL | 180.00 |
|---|---|
| | 0.00 |
| TOTAL | 180.00 |
| PAYMENT / CRDT | 180.00 |
| TOTAL DUE | 0.00 |

Serial Number  P000150

5/18/2005 11:32:24 AM        ITrac ©2000 Digital Aerospace Solutions        Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY LLC, GWBS, INC. AND GREAT WESTERN BUSINESS SERVICES, LLC, | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § § | CAUSE NO. 3:05-CV-0800-R |
| PBS GLOBAL, INC. F/K/A PRUDENTIAL BUSINESS SERVICES INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS, AND FRED RODDA, | § § § § § § § § § | |
| DEFENDANTS. | § § | |

## RETURN OF SERVICE

Service of the Temporary Restraining Order, Order Accepting Temporary Restraining Order Bond Money Into the Registry of the Court and a courtesy copy of Plaintiff's Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order was made by me, Kim Church    Private Process
_____Server_____    _____(Name and Title), on the 16 day of
__May__, 2005.             Time  7:40p.m.

Check one box below to indicate appropriate method of service:

☒    Served personally upon the defendant. Place where served:
    10501 Old Bridge Ln. Charlotte NC 28269

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.