IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. and GREAT WESTERN BUSINESS SERVICES, LLC. <br><br> v. <br><br> PBS GLOBAL, INC. f/k/a PRUDENTIAL BUSINESS SERVICES, INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY, DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS and FRED RODDA | CAUSE NO. 3-05CV0800-R |

## ORDER GRANTING ~~UNOPPOSED~~ MOTION TO ENLARGE PLAINTIFFS' TIME TO ANSWER OR OTHERWISE RESPOND

Before the Court is the Unopposed Motion To Enlarge Time to Answer or Otherwise Respond to Plaintiffs' Verified Original Complaint and Application for Injunctive Relief, Including a Temporary Restraining Order and Plaintiffs' First Amended Complaint. After considering the unopposed motion, the Court is of the opinion that said motion should be GRANTED.

It is therefore ordered that the Defendants have until June 15, 2005 to file their answers or otherwise respond to Plaintiffs' Original Complaint and the First Amended Complaint.

Signed this 1 day of June, 2005.

_____
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO ENLARGE
PLAINTIFFS' TIME TO ANSWER OR OTHERWISE RESPOND - Page 1

508650.000002 DALLAS 1890270.1

**AGREED TO FORM:**

THOMPSON & KNIGHT LLP

By:_____
    Molly Steele
    State Bar No. 19102500
    Amber B. Shockey
    State Bar No. 24033065

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone:
(214) 969-1113
Facsimile:
(214) 969-1751

ATTORNEYS FOR DEFENDANTS
PBS GLOBAL, INC. F/K/A PRUDENTIAL
BUSINESS SERVICES, INC., DALE GRANGER,
BILL JACOBS AND FRED RODDA