# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Texas

Case Number: 3 05 CV 0800 R

**ORIGINAL**

Plaintiff/Petitioner:
**GW EQUITY LLC, GWBS, INC., and GREAT WESTERN BUSINESS SERVICES, LLC**

vs.

Defendant/Respondent:
**PBS GLOBAL, INC., f/k/a PRUDENTIAL BUSINESS SERVICES, INC., JOHN PERSAUD, RICHARD MEIER, LAHNY MCCRAY, DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS and FRED RODDA**

For:
Cory S. Hartsfield
MCCREARY & STOCKFORD, LP
18333 Preston Road
Suite 150
Dallas, TX 75252

Received by Thornton Process Service on the 2nd day of May, 2005 at 10:00 am to be served on **JOHN PERSAUD, 5025 HIGH POINT DRIVE, PENSACOLA, FL 32505**.

I, Tammie Thornton, do hereby affirm that on the **25th day of May, 2005** at **10:00 am**, I:

**NON-SERVED**: After due search, careful inquiry and diligent attempts I was unable to serve the **TEMPORARY RESTRAINING ORDER, ORDER ACCEPTING TEMPORARY RESTRAINING ORDER BOND MONEY INTO THE REGISTRY OF THE COURT, PLAINTIFF'S VERIFIED ORIGINAL COMPLAINT and APPLICATION FOR INJUNCTIVE RELIEF** for the reason(s) listed in Comments below

**Additional Information pertaining to this Service:**
INCORRECT ADDRESS - current occupant is Foster; skip trace performed at client's request to no avail.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the First Judicial Circuit in which the process was served

Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F S. 92.525(2).



Tammie Thornton
Certified Process Server #345

Thornton Process Service
3214 Samantha Drive
Cantonment, FL 32533-7414
(850) 478-3333

Our Job Serial Number: 2005001267

Copyright © 1992-2005 Database Services, Inc - Process Server's Toolbox V5 5i

# MCCREARY & STOCKFORD
A Limited Partnership

*Attorneys & Counselors at Law*

DAVID McCREARY
Attorney at Law

18333 Preston Road
Suite 150
Dallas, Texas 75252
www.mccrearylaw.com

Phone 214.291.0800
Fax:   214.291.0801
dmccreary@mccrearylaw.com

June 1, 2005

Lee
United States District Court
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

Via On Time Couriers

Re:   GW Equity LLC, et al v. PBS Global, Inc., et al; United States District Court For The Northern District of Texas, Dallas Division; Cause No. 3-05CV0800-R

Dear Lee:

Enclosed please find a copy of the Return of Service on John Persaud. Upon receipt of the original return, I will forward same to the Court. Also enclosed is a Non-Served Return of Service on Persaud.

Please return a file-marked copy of these documents to our office via the self-addressed, stamped envelope provided herein.

Should you have any questions, please contact our office.

Sincerely,

*[signature]*

Traci R. McGowan
Legal Assistant

/trm

Enclosures