

# RETURN OF SERVICE

**ORIGINAL** UNITED STATES DISTRICT COURT
NORTHERN District of TEXAS

Case Number: 3-05CV0800-R

Plaintiff:
GW WQUITY, LLC, GWBS, INC. AND GREAT WESTERN BUSINESS SERVICES, LLC.,

vs.

Defendant:
PBS GLOBAL, INC., F/K/A PRUDENTIAL BUSINESS SERVICES, INC., ET AL.,

For:
David S. McCreary
MCCREARY & STOCKFORD, L.P.
18383 Preston Road
Suite 150
Dallas, TX 75252



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 1 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Received by WORLDCLASS INVESTIGATIONS on the 16th day of May, 2005 at 9:44 am to be served on JOHN PERAUD, 17686 CIRCLE POND COURT BOCA RATON, FL 33496.

I, Timothy A. Toomey, do hereby affirm that on the 16th day of May, 2005 at 3:25 pm, I:

Individually Served the within named person with a true copy of this SUMMONS & PLAINTFF'S VERIFIED ORIGINAL COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF, INCLUDING A TEMPORARY RESTRAINING ORDER WITH EXHIBITS, TWO LETTERS, CIVIL COVER SHEET, PLANTIFF'S CERTIFICATE OF INTRESTED PERSONS, ORDER ACCEPTING TEMPORARY RESTRAINING ORDER BOND MONEY INTO THE REGISTRY OF THE COURT, PROPOSED ORDER ACCEPTING TEMPORARY RESTRANING ORDER BOND MONEY INTO THE REGISTRY OF THE COURT with the date and hour endorsed thereon by me, pursuant to State Statutes.

Additional Information pertaining to this Service:
ATTEMPTED SERVICE AT ADDRESS GIVEN THE MAID ANSWERED THE DOOR, STATED THE DEFENDANT WAS INSIDE, ASKED ME TO WAIT A MINUTE, AND WENT INSIDE SEVERAL MINUTES LATER, THE MAID RETURNED WANTED TO KNOW MY NAME, I IDENTIFIED MYSELF, READ THE STYLE OF THE CASE AND EXPLAINED THE CONTENTS OF THE CASE ALOUD TO HER. SHE THEN ASKED ME TO WAIT A MINUTE WHILE SHE WENT TO GET HIM. SEVERAL MINUTES PASSED AND THE MAID RETURNED TO THE DOOR ALONG WITH THE DEFENDANTS SMALL CHILD, AS THE MAID ATTEMPTED TO TELL ME THE DEFENDANT WAS NO LONGER HOME. I ASKED THE CHILD TO GO GET DADDY, AS THIS WAS TRANSPIRING THE DEFENDANT WHO I WAS ABLE TO IDENTIFY THROUGH THE COPY OF THE DRIVERS LICENCE PROVIDED, TOLD ME TO GET OFF HIS PROPERTY AND SLAMMED THE DOOR IN MY FACE.

## RETURN OF SERVICE for 3-05CV0800-R

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True.
Pursuant to F.S. 92.525(2), Notary not required. Date: _____.

Timothy A. Toomey
Certified Process Server #822

**WORLDCLASS INVESTIGATIONS**
P.O. Box 510549
Melbourne Beach, FL 32951
(321) 728-0641

Our Job Serial Number: 2005002947

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i