# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

1700 PACIFIC AVENUE • SUITE 3300
DALLAS, TEXAS 75201-4693
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON

ALGIERS
MONTERREY
PARIS
RIO DE JANEIRO

DIRECT DIAL (214) 969-1254
EMAIL Molly.Steele@tklaw.com

May 31, 2005



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 1 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**HAND DELIVERY**

Senior District Judge Jerry Buchmeyer
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1544
Dallas, TX 75242-1003

RE: *GW Equity LLC, et al. v. PBS Global, Inc., et al.*
Cause No. 3-05CV0800-R

Dear Judge Buchmeyer:

    We are in receipt of Mr. McCreary's letter in opposition of Plaintiffs' unopposed motion to enlarge time to file an answer. In fact, Mr. McCreary's associate, Cory Hartsfield, agreed to a customary two week extension in the presence of both Mr. Alexander and myself during a telephone conference immediately preceding the May 19, 2005 hearing.

    On Tuesday, May 24, 2005, Mr. Hartsfield was provided a copy of both the motion and proposed order via e-mail in which we requested that he review the documents to ensure the motion reflected the parties' agreement and, if so, to sign both the motion and the proposed order. Again, on Wednesday, Mr. Hartsfield received a follow-up e-mail asking him to sign the motion that reflects the parties' "prior agreement." (Both e-mails are attached hereto). In addition, both Mr. McCreary and Mr. Hartsfield received phone calls from Amber Shockey on both Wednesday and Thursday explaining that we were calling about the extension to answer.

    Until defendants filed the motion as an unopposed motion, neither Mr. Hartsfield or Mr. McCreary ever informed us that they no longer agreed to an extension. Mr. McCreary waited until after receiving service of the motion and proposed order to bring his position to our attention. Therefore, it continues to be our position that the certificate of conference is not false and that defendants did not misstate plaintiffs' agreement to the two-week extension.

    Because two answers are due today, Tuesday, May 31, 2005, we would have expected Mr. McCreary or Mr. Hartsfield to tell us of their change-of-heart earlier than the last business day before the answers' due date. In the meantime, defendants have relied upon the agreement to extend the time to file answers (and even delayed filing the motion two days while awaiting

508650 000002 DALLAS 1892188.1

Senior District Judge Jerry Buchmeyer
May 31, 2005
Page 2

plaintiffs' response). We therefore, ask this Court to grant the motion whether or not Mr. McCreary agrees.

Yours very truly,

*Molly Steele*

Molly Steele

cc:   Cory Hartsfield, Esq. (w/encl.) (via facsimile)
      Stuart Alexander, III, Esq. (w/encl.) (via facsimile)
      Amber Shockey (firm)

508650 000002 DALLAS 1892188.1