ORIGINAL



# McCREARY & STOCKFORD
A Limited Partnership

*Attorneys & Counselors at Law*

DAVID McCREARY
Attorney at Law

18333 Preston Road
Suite 150
Dallas, Texas 75252
www.mccrearylaw.com

Phone 214.291.0800
Fax:   214.291.0801
dmccreary@mccrearylaw.com

June 7, 2005

Clerk
United States District Court
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

    Re: **GW Equity LLC, et al v. PBS Global, Inc., et al; Cause No. 3-05CV0800-R; United States District Court For The Northern District of Texas, Dallas Division**

Dear Clerk:

    This letter shall serve as notification that David S. McCreary will be on vacation from July 1, 2005 – July 31, 2005. Please do not schedule anything regarding the above-referenced matter during that period.

    Should you have any questions, please contact our office.

Sincerely,

Traci R. McGowan
Legal Assistant

/trm

Cc: Stuart E. Alexander (via regular mail – 401 West Main Street, Suite 1400
    Louisville, Kentucky 40202)
    Molly Steele (via regular mail - Thompson & Knight LLP 1700 Pacific Avenue,
    Suite 3300, Dallas, Texas 75201-4693)
    John Binkley (via regular mail)