

# McCREARY & STOCKFORD
A Limited Partnership

*Attorneys & Counselors at Law*

**DAVID McCREARY**
Attorney at Law

18333 Preston Road
Suite 150
Dallas, Texas 75252
www.mccrearylaw.com

Phone 214.291.0800
Fax:   214.291.0801
dmccreary@mccrearylaw.com

July 6, 2005

Clerk
United States District Court
1100 Commerce Street, Suite 1452
Dallas, Texas 75242



RECEIVED
JUL - 7
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re:  GW Equity LLC, et al v. PBS Global, Inc., et al; Cause No. 3-05CV0800-R; United States District Court For The Northern District of Texas, Dallas Division

Dear Clerk:

This letter shall serve as notification that Cory S. Hartsfield will be on vacation from July 18, 2005 – July 23, 2005. Please do not schedule anything regarding the above-referenced matter during that period.

Should you have any questions, please contact our office.

Sincerely,

Traci R. McGowan
Legal Assistant

/trm

Cc: Stuart E. Alexander (via regular mail – 401 West Main Street, Suite 1400 Louisville, Kentucky 40202)
Molly Steele (via regular mail - Thompson & Knight LLP 1700 Pacific Avenue, Suite 3300, Dallas, Texas 75201-4693)
John Binkley (via regular mail)

dockets.Justia.com