IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. )<br>and GREAT WESTERN BUSINESS )<br>SERVICES, LLC. )<br> )<br> )<br>v. )<br> )<br>PBS GLOBAL, INC. f/k/a PRUDENTIAL )<br>BUSINESS SERVICES, INC., JOHN )<br>PERSAUD, RICHARD MEIER, LAHNY )<br>McCRAY, DALE GRANGER, JOSEPH C. )<br>KISER, WAYNE LEE, WILLIAM JACOBS )<br>and FRED RODDA )<br>_____ ) | NO.    #3-05CV0.800-R |

## NOTICE TO TAKE DEPOSITIONS OF RYAN BINKLEY, ELLEN LALLI, STRICK HULLENDER, GENE SARTIN, AND JOHN BINKLEY

Comes counsel for PBS Global, Inc., J. Persaud, Dale Granger, Stephanie Kraft, and Fred Rodda, and hereby notices the taking of the depositions of the following named persons on the days and at the times indicated (CST):

**September 27, 2005 at 9:00 a.m. (CST)**
Ryan Binkley

**September 27, 2005 at 1:00 p.m. (CST)**
Ellen Lalli

**September 27, 2005 at 3:00 p.m. (CST)**
Strick Hullender

**September 28, 2005 at 9:00 a.m. (CST)**
Gene Sartin

**September 28, 2005 at 1:00 p.m. (CST)**
John Binkley

Counsel will, at the offices of Hon. Molly Steele, Thomspon & Knight, 1700 Pacific Avenue, Ste. 3300, Dallas, Texas 75201-4693, on the days and at the times indicated (CST), take

the depositions of the persons named above, in accordance with Rule 30.02 of the Rules of Civil Procedure. The undersigned counsel will continue taking said depositions from day to day until completed, to be used for all purposes allowed under the Rules of Civil Procedure.

                                                              Respectfully submitted,

                                        /s/Stuart E. Alexander III
                                        Stuart E. Alexander, III
                                        Kathleen M.W. Schoen
                                        Tilford Dobbins Alexander Buckaway
                                             & Black, LLP
                                        401 W. Main Street, Suite 1400
                                        Louisville, KY 40202
                                        Tel. (502) 584-1000
                                        Fax. (502) 584-2318
                                        *Co-Counsel for PBS Global, Inc.; J. Persaud; Dale Granger; Stephanie Kraft and Fred Rodda*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was this 18th day of August, 2005 mailed to the following parties of record by U.S. Postal Service, postage pre-paid, and by via-facsimile wherein indicated.

Cory Shane Hartsfield chartsfield@mccrearylaw.com
David S. McCreary dmccreary@mccrearylaw.com
MCCREARY & STOCKFORD
18383 Preston Rd., Ste. 150
Dallas, Texas 75252-5476
(214) 291-0800
(214) 291-0801; FAX
*Counsel for GW Equity, LLC, GWBS, Inc., and Great Western Business Services, LLC*

Molly Steele molly.steele@tklaw.com
Amber B. Shockey
**THOMPSON & KNIGHT**
1700 Pacific Avenue, Ste. 3300
Dallas, Texas 75201-4693
(214) 969-1254
(214) 969-2583; FAX
*Counsel for PBS Global, Inc.; J. Persaud; Dale Granger; Stephanie Kraft; and Fred Rodda*

Court Reporting Services
6013 Brownsboro Park Blvd., Ste. A
Louisville, Kentucky 40207

United American Reporting Services, Inc.
1201 Elm Street, Ste. 5220
Dallas, Texas  75270

          /s/Stuart E. Alexander III
          Stuart E. Alexander, III