GW Equity LLC et al v. PBS Global Inc et al | Doc. 47
Case 3:05-cv-00800 Document 47 Filed 08/25/2005 Page 1 of 5
Case 3:05-cv-00800 Document 46 Filed 08/18/2005 Page 1 of 3



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. ) <br> and GREAT WESTERN BUSINESS ) <br> SERVICES, LLC. ) <br> ) <br> v. ) <br> ) <br> PBS GLOBAL, INC. f/k/a PRUDENTIAL ) <br> BUSINESS SERVICES, INC., JOHN ) <br> PERSAUD, RICHARD MEIER, LAHNY ) <br> McCRAY, DALE GRANGER, JOSEPH C. ) <br> KISER, WAYNE LEE, WILLIAM JACOBS ) <br> and FRED RODDA ) <br> _____ ) | NO. #3-05CV0.800-R |

### NOTICE TO TAKE DEPOSITIONS OF RYAN BINKLEY, ELLEN LALLI, STRICK HULLENDER, GENE SARTIN, AND JOHN BINKLEY

Comes counsel for PBS Global, Inc., J. Persaud, Dale Granger, Stephanie Kraft, and Fred Rodda, and hereby notices the taking of the depositions of the following named persons on the days and at the times indicated (CST):

**September 27, 2005 at 9:00 a.m. (CST)**
Ryan Binkley

**September 27, 2005 at 1:00 p.m. (CST)**
Ellen Lalli

**September 27, 2005 at 3:00 p.m. (CST)**
Strick Hullender

**September 28, 2005 at 9:00 a.m. (CST)**
Gene Sartin

**September 28, 2005 at 1:00 p.m. (CST)**
John Binkley

Counsel will, at the offices of Hon. Molly Steele, Thomspon & Knight, 1700 Pacific Avenue, Ste. 3300, Dallas, Texas 75201-4693, on the days and at the times indicated (CST), take

the depositions of the persons named above, in accordance with Rule 30.02 of the Rules of Civil Procedure. The undersigned counsel will continue taking said depositions from day to day until completed, to be used for all purposes allowed under the Rules of Civil Procedure.

Respectfully submitted,

/s/ Stuart E. Alexander III
Stuart E. Alexander, III
Kathleen M.W. Schoen
Tilford Dobbins Alexander Buckaway
 & Black, LLP
401 W. Main Street, Suite 1400
Louisville, KY 40202
Tel. (502) 584-1000
Fax. (502) 584-2318
*Co-Counsel for PBS Global, Inc.; J. Persaud; Dale Granger; Stephanie Kraft and Fred Rodda*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was this 18th day of August, 2005 mailed to the following parties of record by U.S. Postal Service, postage pre-paid, and by via-facsimile wherein indicated.

Cory Shane Hartsfield chartsfield@mccrearylaw.com
David S. McCreary dmccreary@mccrearylaw.com
MCCREARY & STOCKFORD
18383 Preston Rd., Ste. 150
Dallas, Texas 75252-5476
(214) 291-0800
(214) 291-0801; FAX
*Counsel for GW Equity, LLC, GWBS, Inc., and Great Western Business Services, LLC*

Molly Steele molly.steele@tklaw.com
Amber B. Shockey
**THOMPSON & KNIGHT**
1700 Pacific Avenue, Ste. 3300
Dallas, Texas 75201-4693
(214) 969-1254
(214) 969-2583; FAX
*Counsel for PBS Global, Inc.; J. Persaud; Dale Granger; Stephanie Kraft; and Fred Rodda*

Court Reporting Services
6013 Brownsboro Park Blvd., Ste. A
Louisville, Kentucky 40207

United American Reporting Services, Inc.
1201 Elm Street, Ste. 5220
Dallas, Texas 75270

/s/ Stuart E. Alexander III
Stuart E. Alexander, III

**Discovery Documents**
3:05-cv-00800 GW Equity LLC et al v. PBS Global Inc et al

U.S. District Court

Northern District of Texas

Notice of Electronic Filing

The following transaction was received from Alexander, Stuart entered on 8/18/2005 at 9:44 AM CDT and filed on 8/18/2005
**Case Name:**      GW Equity LLC et al v. PBS Global Inc et al
**Case Number:**    3:05-cv-800
**Filer:**          PBS Global Inc
                    John Persaud
                    Richard Meier
                    Dale Granger
                    Fred Rodda
                    Stephanie Kraft
**Document Number:** 46

**Docket Text:**
NOTICE to Take Deposition of Ryan Binkley, Ellen Lalli, Strick Hullender, Gene Sartin and John Binkley by Dale Granger, Fred Rodda, Stephanie Kraft, PBS Global Inc, John Persaud, Richard Meier. (Alexander, Stuart)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=8/18/2005] [FileNumber=2065161-0
] [e4f7206351a0889221f3a990035300c2ff338841864cfed5cca78f644507b2de298
b7c21a9530bcd11cdb0cfea4f9b021b407d0cc86b792c5e1f9d2ca0670cd3]]

**3:05-cv-800 Notice will be electronically mailed to:**

Stuart E Alexander , III    salexander@tilfordlaw.com, sseaman@tilfordlaw.com

Cory Shane Hartsfield    chartsfield@mccrearylaw.com, paralegal@mccrearylaw.com;dmccreary@mccrearylaw.com

David S McCreary    dmccreary@mccrearylaw.com, paralegal@mccrearylaw.com;chartsfield@mccrearylaw.com

Kathleen M W Schoen    kschoen@tilfordlaw.com, sseaman@tilfordlaw.com

Amber B Shockey    amber.shockey@tklaw.com,

Molly Steele     molly.steele@tklaw.com, susette.geissler@tklaw.com;sherri.rodgers@tklaw.com

**3:05-cv-800 Notice will be delivered by other means to:**