

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. and GREAT WESTERN BUSINESS SERVICES, LLC. <br><br> v. <br><br> PBS GLOBAL, INC. f/k/a PRUDENTIAL BUSINESS SERVICES, INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY, DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS and FRED RODDA | NO. #3-05CV0.800-R |

## JOINT STATUS REPORT

Comes counsel for Plaintiffs, GW Equity, LLC, et al., and counsel for Defendants, PBS Global, Inc., et al., and hereby submits their Joint Status Report for the above-styled case.

### A. THE NATURE OF THE CASE AND THE CONTENTIONS OF THE PARTIES

Plaintiffs allege that Defendants have unlawfully taken and used Plaintiffs' proprietary and confidential information to compete against the Plaintiffs. Plaintiffs also allege that the individual Defendants breached the non-competition clauses contained in their Independent Contractor agreements and that the Plaintiffs have committed "racketeering" and "wire fraud and mail fraud."

Defendants deny all of Plaintiffs' allegations.

### B. PENDING OR CONTEMPLATED MOTIONS, INCLUDING POSSIBLE JOINDER OF THE PARTIES

There are no motions pending at this time. Some individual defendants may be dismissed either by agreement or by motion.

### C. THE PROSPECTS FOR SETTLEMENT AND WHETHER MEDIATION FACILITATES SETTLEMENT

Plaintiffs are willing to discuss possible prospects for settlement. Plaintiffs believe Mediation would facilitate settlement.

Dockets.Justia.com

At this time, there are no apparent prospects for settlement. As such, it is doubtful whether mediation would facilitate settlement.

D. **WHETHER THE ATTORNEYS IN THIS CASE UNDERSTAND THEIR RESPONSIBLITIES UNDER – AND WILL CONDUCT THIS LITIGATION ACCORDING TO - THE STANDARDS OF *Dondi*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) AND THIS COURT'S CIVIL JUSTICE EXPENSE & DELAY REDUCTION PLAN**

The attorneys understand their responsibilities under *Dondi* and will conduct this litigation according to the standards of *Dondi* and the Court's Civil Justice Expense and Delay Reduction Plan.

E. **WHETHER THE PARTIES WILL AGREE TO THE TRIAL OF THIS CASE BEFORE UNITED STATES MAGISTRATE JUDGE KAPLAN, UNDER 28 U.S.C. §636 (1994)**

The parties do not agree to the trial of this case before U.S. Magistrate Judge Kaplan.

F. **WHETHER THERE ARE REQUESTED MODIFICATIONS OF THE SCHEDULING ORDER**

There are no requested modifications of the Scheduling Order at this time.

G. **ESTIMATED LENGTH OF TRIAL**

Due to the number of parties in this case, the estimated length of trial is two (2) weeks.

H. **WHETHER THE COURT WILL CONSENT TO THE CASE BEING HANDLED AS AN ELECTRONIC CASE FILE (ECF) CASE PURSUANT TO MISCELLANEOUS ORDER 61 AND THE ECF PROCEDURES MANUAL**

The parties consent to the case being handled as an ECF case.

HAVE SEEN AND AGREED TO BY:

_____          _____
Stuart E. Alexander, III salexander@tilfordlaw.com          DATE:
Kathleen M.W. Schoen kschoen@tilfordlaw.com
**TILFORD DOBBINS ALEXANDER BUCKAWAY
& BLACK, LLP**
401 W. Main Street, Suite 1400
Louisville, KY 40202
Tel. (502) 584-1000
Fax. (502) 584-2318
*Co-Counsel for PBS Global, Inc.; J. Persaud; Dale Granger; Stephanie Kraft and Fred Rodda*

2

*Molly Steele* (signature)    9-2-05
Molly Steele molly.steele@tklaw.com    DATE:
Amber B. Shockey amber.shockey@tklaw.com
**THOMPSON & KNIGHT**
1700 Pacific Avenue, Ste. 3300
Dallas, Texas 75201-4693
Tel. (214) 969-1254
Fax (214) 969-2583
*Co-Counsel for PBS Global, Inc.; J. Persaud; Dale*
*Granger; Stephanie Kraft and Fred Rodda*


Cory Shane Hartsfield chartsfield@mccrearylaw.com    DATE:
David S. McCreary dmccreary@mccrearylaw.com
**MCCREARY & STOCKFORD**
18383 Preston Rd., Ste. 150
Dallas, Texas 75252-5476
Tel. (214) 291-0800
Fax (214) 291-0801
*Counsel for GW Equity, LLC, GWBS, Inc., and*
*Great Western Business Services, LLC*

3

Molly Steele molly.steele@tklaw.com
Amber B. Shockey amber.shockey@tklaw.com
**THOMPSON & KNIGHT**
1700 Pacific Avenue, Ste. 3300
Dallas, Texas 75201-4693
Tel. (214) 969-1254
Fax (214) 969-2583
*Co-Counsel for PBS Global, Inc.; J. Persaud; Dale Granger; Stephanie Kraft and Fred Rodda*

DATE: _____

Cory Shane Hartsfield chartsfield@mccrearylaw.com
David S. McCreary dmccreary@mccrearylaw.com
**MCCREARY & STOCKFORD**
18383 Preston Rd., Ste. 150
Dallas, Texas 75252-5476
Tel. (214) 291-0800
Fax (214) 291-0801
*Counsel for GW Equity, LLC, GWBS, Inc., and Great Western Business Services, LLC*

DATE: 9-2-5