IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
September 14, 2005

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC., et. al., § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| VS. § | CIVIL ACTION 3-05-CV-0800-R |
| § | |
| PBS GLOBAL, INC., et. al., § | |
| § | |
| *Defendants.* § | |

### ORDER REGARDING INTENTION TO ADMINISTER
### CASE ELECTRONICALLY

The parties have agreed that this case is an appropriate candidate for the Court's Electronic Case Files ("ECF") pilot project. Accordingly, within 10 days of the date of notice of this order, all counsel of record who have not already completed the following steps shall:

1. Print and review Miscellaneous Order Number 61;

2. Print and review the Administrative Procedure Manual;

3. Complete the online Attorney Tutorial for ECF Training;

4. Print and review the User Guide; and,

5. Complete the Registration Form and forward it to the Clerk's Office.

This information is located on the Court's website at:

http://www.txnd.uscourts.gov/filing/ecf.html.

Upon receipt of the completed registration forms, the Court will enter an order designating the case as an electronic filing case. Questions regarding registration for the ECF system should be directed to Autumn Yarnell, ECF Administrator, at 214-753-2160.

If an attorney involved in the case does not have the equipment necessary to be a

registered user of the Court's ECF System, which equipment is listed in the Attorney/User Registration Form, he may file a request to opt out of this pilot project.[1]

**It is so ORDERED.**
**ENTERED**: **September 14, 2005.**

                                                _____
                                                **JERRY BUCHMEYER,**
                                                **SENIOR U.S. DISTRICT JUDGE**
                                                **NORTHERN DISTRICT OF TEXAS**

---

[1] The Court notes, however, that this electronic filing system is expected to become mandatory in this district within the next year or two.