# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
September 14, 2005

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **GW EQUITY LLC, GWBS, INC., et. al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:05-CV-0800-R** |
| § | |
| **PBS GLOBAL, INC., et. al.,** § | |
| § | |
| **Defendants.** § | |

## ORDER FOR MEDIATION

1. The Court, *on its own motion*, has determined that this case is appropriate for mediation.[1] *See* Civil Justice Expense and Delay Reduction Plan § III (N.D. Tex. March 1993) (the "Plan"*).*

2. The attorneys shall, *within five (5) business days from the date of this Order*, contact the court-appointed Mediator:

> Mr. Louis J. Weber, Jr.
> 5949 Sherry Lane, Suite 1575
> Dallas, Texas 75225
>
> Phone: (469) 232-5063

If the Mediator cannot serve for any reason, the Court is to be notified immediately so another appointment can be made.

3. Mediation shall take place *before* sixty (60) days from the date of this Order, unless otherwise directed by the Mediator.

---

[1] Mediation is a mandatory, but non-binding, settlement conference in which the parties attempt to resolve their differences with the assistance of a third party facilitator: the *mediator*. All proceedings in mediation are confidential and privileged from discovery. See Plan § III (F).

**ORDER FOR MEDIATION -- Page 1**

Dockets.Justia.com

4.       During the entire mediation process, each party (I) shall be present or, (ii) shall be represented by someone with *full authority* to settle this case.  The parties and their attorneys must comply with the standard Rules for Mediation, and they must promptly supply any information requested by the Mediator.

5.       All costs of mediation are to be divided equally between the parties, unless otherwise agreed or ordered.  The fees of the Mediator are to be paid *in advance*.

**6.       Following this mediation, the Mediator shall: (I)** *promptly* **advise the Court whether or not the case has been settled,**[2] **and (ii)** *file the completed Alternative Dispute Resolution report with the District Clerk*.  **See Plan § III (G).**

7.       The United States District Clerk shall serve the Mediator with copies of this Order, the case docket sheet, and the Alternative Dispute Resolution form.

It is so **ORDERED.**

**SIGNED on this 14th day of September, 2005.**

_____
**JERRY BUCHMEYER**
**SENIOR UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**

---

[2] Referral for mediation *is not* a substitute for trial, of course, and this case will be tried if it is not settled.

**ORDER FOR MEDIATION -- Page 2**