

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY LLC, GWBS, INC. and GREAT WESTERN BUSINESS SERVICES, LLC. <br><br> v. <br><br> PBS GLOBAL, INC. f/k/a PRUDENTIAL BUSINESS SERVICES, INC., JOHN PERSAUD, RICHARD MEIER, LAHNY McCRAY, DALE GRANGER, JOSEPH C. KISER, WAYNE LEE, WILLIAM JACOBS, FRED RODDA and STEPHANIE KRAFT | NO.   #3-05CV0.800-R |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 8 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**AGREED ORDER DISMISSING**

This Court having been fully advised that the Parties have reached a settlement in the above case and this Court being sufficiently advised,

IT IS HEREBY ORDERED that the above claim is dismissed, with prejudice; and

IT IS FURTHER ORDERED that the above claim is dismissed, without prejudice as to Richard Meier.

The Parties shall bear their own respective costs.

This is a final and appealable order and there is no just cause for delay.

JUDGE: _Jerry Buchmeyer_

DATE: 8 Nov. 05

*AGREED AS TO FORM AND SUBSTANCE BY:*

_____      11/2/05
Stuart E. Alexander, III salexander@tilfordlaw.com     DATE:
Kathleen M.W. Schoen kschoen@tilfordlaw.com
**TILFORD DOBBINS ALEXANDER BUCKAWAY**
  **& BLACK, LLP**
401 W. Main Street, Suite 1400
Louisville, KY 40202
Tel. (502) 584-1000
Fax. (502) 584-2318
*Counsel for Defendants*


_____      11.3.05
Cory Shane Hartsfield chartsfield@mccrearylaw.com     DATE:
*David S. McCreary* dmccreary@mccrearylaw.com
*David Stockford* dstockford@mccrearylaw.com
**MCCREARY & STOCKFORD**
18383 Preston Rd., Ste. 150
Dallas, Texas 75252-5476
Tel. (214) 291-0800
Fax (214) 291-0801
*Counsel for Plaintiffs*

# CLOSED

3:05-CV-800-R

**DATE:** 11-8-05

**TRIAL:** Yes ___   No ✓